UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| In re:<br>Gary Dale Smith (xxx-xx-2779)<br>MaryJo Smith (xxx-xx-5474)<br>13362 Herbert Ave.<br>Warren, MI 48089<br>          Debtors | Case No: 17-55968-mar<br><br>Chapter 7<br><br>Hon. Mark A. Randon |
|---|---|
| American Builders & Contractors Supply Co., Inc.<br>d/b/a ABC Supply Co., Inc., a Delaware corporation,<br><br>   Plaintiff / Creditor,<br><br>-vs-<br><br>Gary Dale Smith,<br><br>   Defendant / Debtor | Adv. Proc. No. 18-4047-mar<br><br>Hon. Mark A. Randon |

**STIPULATION FOR ENTRY OF ORDER DISMISSING ADVERSARY PROCEEDING**

  WHEREAS the parties to this adversary proceeding have reached a settlement agreement in order to resolve the issues between them, and

  WHEREAS the parties seek to dismiss this adversary proceeding, but subject to reopening this case and entering a judgment of nondischargeability in the event that Debtor/Defendant defaults under the terms of the settlement agreement,

  NOW THEREFORE Creditor/Plaintiff, American Builders & Contractors Supply Co. and Debtor/Defendant, Gary Dale Smith, hereby stipulate to the dismissal of this adversary proceeding in the form of the proposed order attached hereto.

| | |
|---|---|
| */s/ Brian A. Rookard*<br>Brian Rookard (P-69836)<br>Gudeman & Associates, P.C.<br>Attorney for Plaintiff<br>1026 W. Eleven Mile Road<br>Royal Oak, MI 48067<br>(248) 546-2800<br>brookard@gudemanlaw.com | */s/Daniel Woodcock*<br>Daniel J. Woodcock (P35603)<br>Attorney for Plaintiff<br>P.O. Box 278<br>New Hudson, Michigan 48165<br>(248) 446-0700<br>djwesq@aol.com |

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In re:<br>Gary Dale Smith (xxx-xx-2779)<br>MaryJo Smith (xxx-xx-5474)<br>13362 Herbert Ave.<br>Warren, MI 48089<br>　　　　　　　　　　　　Debtors | Case No: 17-55968-mar<br><br>Chapter 7<br><br>Hon. Mark A. Randon |
| American Builders & Contractors Supply Co., Inc.<br>d/b/a ABC Supply Co., Inc., a Delaware corporation,<br><br>　　Plaintiff / Creditor,<br><br>-vs-<br><br>Gary Dale Smith,<br><br>　　Defendant / Debtor | <br><br><br>Adv. Proc. No. 18-4047-mar<br><br>Hon. Mark A. Randon |

## **(PROPOSED) ORDER DISMISSING ADVERSARY PROCEEDING**

Upon stipulation of Creditor/Plaintiff, American Builders & Contractors Supply Co., and the Debtor/Defendant, Gary Dale Smith, and the Court finding good cause for granting the requested relief;

IT IS ORDERED that in the case of a default by Debtor in the terms of the parties' Settlement Agreement, by Stipulation of the parties, and upon Affidavit of Default, the Court will enter an Order Reopening Case and Entry of Non-Dischargeable Judgment.

IT IS FURTHER ORDERED that the above-captioned adversary proceeding seeking denial of Debtor's discharge under 11 U.S.C. §§ 523 is otherwise DISMISSED with prejudice.