UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In re:<br>Gary Dale Smith (xxx-xx-2779)<br>MaryJo Smith (xxx-xx-5474)<br>13362 Herbert Ave.<br>Warren, MI 48089<br>                              Debtors | Case No: 17-55968-mar<br><br>Chapter 7<br><br>Hon. Mark A. Randon |
| American Builders & Contractors Supply Co., Inc.<br>d/b/a ABC Supply Co., Inc., a Delaware corporation,<br><br>      Plaintiff / Creditor,<br><br>-vs-<br><br>Gary Dale Smith,<br><br>      Defendant / Debtor | Adv. Proc. No. 18-4047-mar<br><br>Hon. Mark A. Randon |

## ORDER DISMISSING ADVERSARY PROCEEDING

Upon stipulation of Creditor/Plaintiff, American Builders & Contractors Supply Co., and the Debtor/Defendant, Gary Dale Smith, and the Court finding good cause for granting the requested relief;

IT IS ORDERED that in the case of a default by Debtor in the terms of the parties' Settlement Agreement, by Stipulation of the parties, and upon Affidavit of Default, the Court will enter an Order Reopening Case and Entry of Non-Dischargeable Judgment.

IT IS FURTHER ORDERED that the above-captioned adversary proceeding seeking denial of Debtor's discharge under 11 U.S.C. §§ 523 is otherwise DISMISSED with prejudice.

**Signed on September 28, 2018**



/s/ Mark A. Randon
_____
**Mark A. Randon**
**United States Bankruptcy Judge**